AO 91 (Rev. 11/11) Criminal Complaint

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>BRYANT LEMONT HARRIS<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. 20-30 MAG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 14, 2020** in the parish of **Orleans** in the **Eastern** District of **Louisiana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 115(a)(1)(B) | Influencing, impeding, or retaliating against a Federal official by threats. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeffrey W. Heath, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/14/2020

_____
*Judge's signature*

City and state: New Orleans, Louisiana

Dana M. Douglas, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | MAGISTRATE NO.: |
| v. | * | |
| BRYANT LEMONT HARRIS | * | |
| | * | |

\* \* \*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jeffrey W. Heath, a Special Agent with the Federal Bureau of Investigations (FBI), being duly sworn, do hereby depose and state that the following information is true to the best of my knowledge and belief:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with FBI. I have been employed by the FBI for approximately nine years where I am assigned to the FBI New Orleans Violent Crime Task Force (NOVCTF). This task force includes federal and state officers tasked with the responsibility of investigating violent crimes to include bank robberies, weapons related crimes, threatening communications, and illegal narcotics activity. I have also participated in numerous investigations involving these offenses and am thoroughly familiar with the investigative techniques used in these investigations.

2. I make this affidavit in support of securing a criminal complaint against **BRYANT LEMONT HARRIS** for violating Title 18, United States Code, Section 115(a)(1)(B) by conveying threats to the chambers of the Honorable Susie Morgan, United States District Judge, located at 500 Poydras Street, New Orleans, Louisiana with the intent to impede, intimidate, and interfere with Judge Morgan and staff while engaged in the performance of official duties. I am

personally familiar with the facts and circumstances surrounding this investigation from my own investigative activities and from information obtained from other law enforcement officers with personal knowledge of the facts.

3. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are the facts sufficient to establish probable cause for the complaint sought.

## PROBABLE CAUSE

4. On Thursday, February 13, 2020, the FBI New Orleans Violent Crimes Task Force (NOVCTF) received information from the United States Marshals Service (USMS) regarding threats made via telephone. Specifically, the threats were made toward Judge Susie Morgan and staff. FBI NOVCTF Agents responded to Judge Morgan's Chambers located at 500 Poydras Street, New Orleans, Louisiana at approximately 10:50 am. Upon arrival, FBI NOVCTF Agents and a member of the USMS conducted interviews with Judge Morgan and her staff regarding the threats

5. Based on the interview of Judge Morgan's Judicial Assistant it was determined that on the morning of Thursday, February 13, 2020, a male subject contacted the front office of Judge Morgan's chambers via telephone. The male identified himself to the Judicial Assistant as **BRYANT LEMONT HARRIS**, DOB 6/24/1973 and spelled his name for her. He contacted the office from telephone number 539-664-0659. He had previously contacted Judge Morgan's chambers and was known to staff members. During the call, **HARRIS** complained angrily about the police and NOPD specifically. He advised that he was an Army veteran and had been an expertly trained marksman. He opined that Judge Morgan's staff either did not know about or did not care about his concerns. He asked how

2

many security personnel were assigned to Judge Morgan. When asked why he needed that information, he replied, "I need to know how many people I need to take out to get to the Judge." He proceeded to say, "I'm not hiding", and "I don't give a fuck." He then hung up the phone. Judge Morgan's staff immediately referred the incident to the USMS based on seriousness of the threat conveyed

6. Prior to this encounter, on December 27, 2019, **HARRIS** contacted the chambers of Judge Morgan and spoke to her directly via telephone. He expressed his frustration with the New Orleans Police Department (NOPD). He mentioned that he was aware of Judge Morgan's oversight of the consent decree between the U.S. Department of Justice and NOPD. He was described as angry and agitated during the conversation. After a short period of ranting, **HARRIS** said, "I'm just going to take things into my own hand, watch CNN." He then hung up the phone.

7. Subsequent investigation revealed that **HARRIS** had contacted Judge Morgan's office in mid-December and mid-January and had demonstrated an increasingly angry demeanor during his calls. He had previously contacted NOPD PIB Unit as well as FBI New Orleans Field Office regarding various grievances he had with NOPD and police in general.

8. **HARRIS** has been arrested on multiple occasions by the USMS task force for offenses including assault, burglary, larceny, and destruction of property. Harris has a criminal history in Oklahoma, Florida, and Louisiana which included offenses for domestic violence, threatening communications, stalking, and illegal possession of a firearm by a felon.

9. Based on the above information, your Affiant believes that there is probable cause to believe that **BRYANT LEMONT HARRIS** conveyed threatening communications to Judge Morgan and her staff in violation of Title 18, United States Code, Section 115(a)(1)(B).

Jeffrey W. Heath, Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me on
~~January~~ 14, 2020, New Orleans, Louisiana

Honorable Dana M. Douglas
United States Magistrate Judge

4